IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

Trout Point Lodge, LTD
Charles Leary
Vaughn Perret
VERSUS                                                    CAUSE NO. 15-0458

Douglas K. Handshoe

CLERK'S NOTICE OF FILING OF FOREIGN JUDGMENT

COMES NOW Judgment Creditor, Trout Point Lodge, Charles Leary, Vaughn Perret, and files this its' Notice of filing Foreign Judgment as follows:

1. The name and address of the Judgment Creditor is Trout Point Lodge, Charles Leary, Vaughn Perret _____.

2. The name and address of the Judgment Creditor's Attorney in the State of Mississippi is Kenneth T O'Cain.

3. A true and accurate copy of the Judgment in favor of Trout Point Lodge, Charles Leary, Vaughn Perret is attached; and

4. The name and address of the Judgment Debtor is: Douglas Handshoe. Po Box 788 Wiggins, MS 39577.

This the 9th day of Dec 2015.

Karen Ladner Ruhr
Circuit Clerk
Hancock County, Ms

By _____ D.C.

EXHIBIT
COMPOSITE
"A"

15-0458

FILED

DEC 09 2015

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____D.C.

# AFFIDAVIT OF KENNETH T. O'CAIN

STATE OF MISSISSIPPI
COUNTY OF MADISON

THIS DAY personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named KENNETH T. O'CAIN, who, after being duly sworn, did state on his oath the following, to-wit:

1. My name is Kenneth T. O'Cain, and I represent the judgment creditors, Vaughn Perret, Charles Leary and Trout Point Lodge Limited.

2. That pursuant to § 11-7-305 of the Miss. Code of 1972, based upon information and belief, that **the name and last known post office address of the judgment debtor herein is, Douglas Handshoe, Post Office Box 788 Wiggins, Mississippi 39577 AND 214 Corinth Drive, Bay St. Louis, Mississippi 39520**; and the name and last known post office address of the judgment creditors is 189 Troutpoint Road, East Kemptville, NS B5A 5X9.

FURTHER Affiant sayeth not

_____
Kenneth T. O'Cain

SWORN TO AND SUBSCRIBED BEFORE ME, on this the 30th day of November, 2015.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

Feb 16, 2018

[SEAL: STATE OF MISSISSIPPI, JAMIE W. ABLES, ID No 28643, NOTARY PUBLIC, Comm Expires February 16, 2018, MADISON COUNTY]

FILED

DEC 0 9 2015

15-0458

SUPREME COURT OF NOVA SCOTIA
CERTIFICATE

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____D.C.

I, **Caroline McInnes**, Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, Canada, do certify that the following constitutes a true and correct copy and a literal transcript of the Order regarding damages for copyright infringement of Supreme Court Justice Kevin Coady in the matter of Trout Point Lodge, Limited, Charles Leary, and Vaughn Perret versus Douglas K. Handshoe, No. 411345, dated February 26, 2014, and initialled by Justice Coady, as the same now appears on file in my office of record.

AND I FURTHER CERTIFY that said Supreme Court of Nova Scotia is a court of record with an official seal, and that I as Prothonotary of Said Supreme Court of Nova Scotia, am the custodian of records and of the seal of Said Court.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed the seal of this said Court, at the city of Halifax, Nova Scotia, on this **19th** day of **November** in the year of our lord two-thousand and fifteen.

_____(sign)

Caroline McInnes _____(print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA

PROVINCE OF NOVA SCOTIA

I, **Kevin Coady**, a Justice of the Supreme Court of Nova Scotia, do hereby certify that **Caroline McInnes** (Prothonotary) who's true signature appears to the forgoing Certificate is now and was at the date of said Certificate, the Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, duly qualified according to law and that her said Certificate is in due form of law; that the seal hereto attached is the genuine seal of said Supreme Court of Nova Scotia, and that Said Court is a Court of Record.

Witness my signature, this **19** day of **November** A.D. 2015

JUSTICE KEVIN COADY

SUPREME COURT OF NOVA SCOTIA

I **Caroline McInnes**, Prothonotary of the Supreme Court of Nova Scotia, do hereby certify that **Justice Coady**, who's signature appears to the annexed and foregoing attestation, is now and was at the date of said Certificate, a Justice of the Supreme Court of Nova Scotia, duly appointed by lawful authority and legally qualified, and that the Certificate and Attestation are in due form of law, and that the Supreme Court of Nova Scotia is the highest trail court in the Province of Nova Scotia and a Court of Record.

_____(sign)

Caroline McInnes _____(print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA

2013  Hfx No. 411345

15-0458 FILED

DEC 09 2015

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____D.C.

## SUPREME COURT OF NOVA SCOTIA

BETWEEN:

Trout Point Lodge Ltd., Charles Leary & Vaughn Perret

Plaintiff

- and -

Douglas K. Handshoe

Defendant

## ORDER

**BEFORE THE HONOURABLE JUSTICE KEVIN COADY:**

**WHEREAS** the Court is satisfied that the Defendant Douglas K. Handshoe was personally served with notice of this action;

**AND WHEREAS** the Defendant Douglas K. Handshoe filed a Demand for Notice and did not file a Defence to this action;

**AND WHEREAS** the Court is satisfied that the Defendant Douglas K. Handshoe received notice of this assessment of damages;

**AND AFTER HAVING REVIEWED** the Plaintiff's evidence, exhibits and submissions and being satisfied that the Defendant Douglas K. Handshoe infringed all three plaintiffs copyright in photographic images throughout 2012 and 2013.

**IT IS ORDERED:**

1. **THAT** the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Charles Leary;

2. **THAT** the Defendant Douglas K. Handshoe pay the sum of forty thousand Canadian dollars ($40,000) in statutory damages to Trout Point Lodge Ltd.;

3. **THAT** the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Vaughn Perret;

4. **THAT** the Defendant Douglas K. Handshoe pay all the Plaintiffs the sum of one hundred thousand Canadian dollars ($100,000) in punitive damages.

DATED at Halifax, Nova Scotia, this 26th day of February, 2014.

_____
**Prothonotary**

## O'CAIN LAW FIRM, PLLC

KENNETH T. O'CAIN, ESQ.
567 HIGHWAY 51
SUITE C
RIDGELAND, MISSISSIPPI 39157

TELEPHONE: 601-832-0990
EMAIL: TREY@OCAINLAW.COM

December 7, 2015

**FILED**
DEC 09 2015    15-0458
KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____D.C.

Karen Ladner Ruhr
Hancock County Circuit Clerk
152 Main Street, Ste. B
Bay St. Louis 39520

Re: *Perret, et. al v. Handshoe*, In the Circuit Court of Hancock County, Mississippi, Civil Action No.: _____

Dear Ms. Ruhr:

Enclosed please find Plaintiff's Civil Cover Sheet and filing fee in the amount of $161.00. Also enclosed please find the original and one copy of the following for filing:

1. Affidavit of Filing Foreign Judgment;
2. Certified Copy of Final Judgment for Plaintiffs as issued by the captioned Court.

Please file same in the manner prescribed by Miss. Code Ann. § 11-7-305 (1972), as amended, and return the filed copy of the enclosed documents to my attention in the enclosed, postage prepaid envelope. I would also request that you mail notice to the judgment debtor at the address provided and make note of such in your docket in accordance with this statute. Thank you for your attention to this matter.

Very truly yours,

Kenneth T. O'Cain

Enclosures

| COVER SHEET | Court Identification Docket # | Case Year | Docket Number |
|---|---|---|---|
| Civil Case Filing Form | 2 3 1 C I | 2 0 1 5 | 0 4 5 8 |
| (To be completed by Attorney/Party Prior to Filing of Pleading) | County # / Judicial District / Court ID (CH, CI, CO) | | Local Docket ID |
| Mississippi Supreme Court — Form AOC/01 | 1 2 0 9 1 5 | | |
| Administrative Office of Courts (Rev 2009) | Month Date Year — This area to be completed by clerk | | Case Number (if filed prior to 1/1/94) |

**In the** CIRCUIT **Court of** HANCOCK **County** — **Judicial District** —

**Origin of Suit** (Place an "X" in one box only)
- [ ] Initial Filing
- [ ] Reinstated
- [X] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: _____ Last Name / _____ First Name / _____ Maiden Name, if applicable / M.I. / Jr/Sr/III/IV

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business **Trout Point Lodge, Ltd**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** 189 Trout Point Road, East Kemptville, NS B5A 5X9

**Attorney (Name & Address)** Kenneth T. O'Cain, 567 Highway 51, Ste C, Ridgeland, MS 39157      **MS Bar No.** 101124

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _KTO'C_

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual **Handshoe** / **Douglas** / _____ / M.I. / Jr/Sr/III/IV
Last Name / First Name / Maiden Name, if applicable

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known** _____      **MS Bar No.** _____

**Damages Sought:** Compensatory $ _____  Punitive $ _____   [ ] Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

*Domestic Relations*
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other _____

*Appeals*
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other _____

*Business/Commercial*
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [X] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other _____

*Probate*
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other _____

*Children/Minors - Non-Domestic*
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other _____

*Civil Rights*
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other _____

*Contract*
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other _____

*Statutes/Rules*
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other _____

*Real Property*
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other _____

*Torts*
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other _____

IN THE <u>CIRCUIT</u> COURT OF <u>HANCOCK</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____-_____ _____
        File Yr     Chronological No.    Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual:** <u>Perret</u>_____ <u>Vaughn</u>_____ (_____) _____ _____
                   Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: <u>Kenneth T. O'Cain-101124</u> Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** <u>Leary</u>_____ <u>Charles</u>_____ (_____) _____ _____
                   Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: <u>Kenneth T. O'Cain-101124</u> Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** _____ _____ (_____) _____ _____
                   Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

TROUT POINT LODGE, CHARLES LEARY, VAUGHN  VS HANDSHOE, DOUGLA

Case # 15-0458          Acct #          Paid By CHECK 1199     Rct# 29337

| | |
|---|---|
| CLERK'S FEES | 85.00 |
| JURY TAX | 3.00 |
| COURT REPORTERS FEE | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT ADMINISTRATOR | 2.00 |
| STATE CT ED FUND | 2.00 |
| COURT CONSTITUENTS | .50 |
| ELECTRONIC COURT | 10.00 |
| LEGAL ASSISTANCE | 5.00 |
| JUDICIAL FUND-JUDGE RAISE | 40.00 |
| ARCHIVE FEE | 1.00 |

Total  $  161.00

Payment received from Kenneth T. O'Cain
                     725 Avignon Drive
                     PO Box 13847
                     Jackson      MS 39236 3847

Transaction  33705 Received 12/ 9/2015 at 13: 1 Drawer   1 I.D. JASON

Current Balance Due       $0.00        Receipt Amount $    161.00

By _____ D.C. Karen Ladner Ruhr, Circuit Clerk

Case # 15-0458          Acct #          Paid By CHECK 1199     Rct# 29337