IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

| | | |
|---|---|---|
| VAUGHN PERRET | ) | |
| CHARLES LEARY | ) | PLAINTIFFS |
| TROUT POINT LODGE, LTD, A Nova | ) | |
| Limited Company | ) | |
| | ) | |
| v. | ) | Civil Action No.15-0458 |
| | ) | |
| DOUGLAS HANDSHOE | ) | DEFENDANT |

## NOTICE OF FILING OF REMOVAL

Defendant hereby gives notice that he has filed a Notice of Removal in the United States District Court for the Southern District of Mississippi in the case styled Vaughn Perret, Charles Leary and Trout Point Lodge Limited, Civil Action No. 15-0458. A copy of this Notice of removal is attached as Exhibit "1".

Respectfully submitted this 7th day of January, 2016,

_____
G. GERALD CRUTHIRD
Of Counsel for the Defendant Douglas Handshoe
Attorney At Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
Mississippi Bar No. 7920

EXHIBIT "B"

## CERTIFICATE OF SERVICE

I, G. Gerald Cruthird, certify I have sent a true and correct copy of the foregoing Notice of Removal to the following via United States Mail:

> Kenneth O'Cain, Esq.
> 567 Highway 51, Suite C
> Ridgeland, MS 39157
> Attorney for Plaintiffs

I, G. Gerald Cruthird, certify I have hand delivered a true and correct copy unto:

> Honorable Karen Ladner Ruhr
> Circuit Clerk of Hancock County, Mississippi
> 152 Main Street, Suite B
> Bay St Louis, MS 39520

Respectfully submitted this 7th day of January, 2016,

_____
G. GERALD CRUTHIRD
Of Counsel for the Defendant Douglas Handshoe
Attorney At Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
Mississippi Bar No. 7920