IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Vaughn Perret, *et al.*                                                                                    PLAINTIFF(S)

vs                                                            CIVIL ACTION NO. 1:16cv7-LG-RHW

Douglas Handshoe                                                                                        DEFENDANT(S)

## ORDER STAYING PROCEEDINGS

This cause comes before the court on the plaintiff's Motion to Remand in the above-styled cause. Rule 16(b)(1)(B) of the *Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi* (*L.U.Civ.R.*, effective 12/1/2011) provides

> [a] motion to remand ... will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand ... issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion.

Proceedings in this case are therefore stayed pursuant to the Local Rules, including any currently scheduled case management conference.

All matters related to the remand motion, dispositive and nondispositive, shall be submitted to the District Judge assigned to this case unless otherwise directed by the referral of specific remand issues to the Magistrate Judge for resolution or recommendation.

The plaintiff shall promptly notify the Magistrate Judge of the entry of any order denying the Motion to Remand and shall submit a proposed order lifting the stay. Within fourteen (14) days of entry of the order lifting the stay, the parties shall confer as outlined in *L.U.Civ.R.* 26(e) and comply with the required deadlines. *See L.U.Civ.R.* 16(b)(1)(C). A telephonic case management conference shall be scheduled.

ORDERED, this 21st day of January, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE