190 550

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

VAUGHN PERRET, CHARLES LEARY,
and TROUT POINT LODGE, LIMITED                                    PLAINTIFFS

VERSUS                                            CAUSE NO. A2301-2014-0197

DOUGLAS HANDSHOE                                                  DEFENDANT

<u>ORDER OF DISMISSAL</u>

THIS CAUSE came on to be considered on motions and upon review of this matter, the Court finds that this matter, which seeks to enroll and enforce a foreign judgment, was not properly initiated pursuant to §11-7-305(1) of the Mississippi Code of 1972, Annotated. Plaintiffs having failed to provide the required affidavit with the names and last known addresses of the creditor and debtor, and that this matter should be dismissed without prejudice. It is, therefore,

ORDERED that this cause be and it is hereby dismissed without prejudice.

ORDERED this the 13th day of November, 2015.

ENTERED this the 18th day of December, 2015.

_____
CIRCUIT COURT JUDGE

FILED

DEC 21 2015

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

Rules on Judgments Roll That-Also were dismissed without prejudice.

EXHIBIT
"2"