# Hearing Book Exhibits for Damages Assessment Hearing
*Book 1 of 2*

This book contains tabs 1 thru 12 as listed in the Table of Contents

THE SUPREME COURT OF NOVA SCOTIA hereby certify that the foregoing document is a true copy of the original.

Dated 12 day of April 2012

_Prothonotary_

Elaine L. d'Entremont
Prothonotary

EXHIBIT "4"

**Charles Leary, Vaughn Perret, & Trout Point Lodge, Limited versus Doug Handshoe**

Exhibits for Damages Assessment Hearing – Honourable Justice Suzanne Hood

HEARING BOOK
TABLE OF CONTENTS

Tab          Document
1. Decision: **Jones v. Tsige 2012 ON CA 32**: "intrusion upon seclusion"
2. Summary of recent Canada case law on permanent injunction in defamation cases
3. Table of defendant's publications January, 2010 to January, 2012
4. Notice to Defendant of damages assessment hearing documents: FedEx, email, fax
5. The position and standing of the plaintiffs: Press Releases from NGS; article from Ashoka Foundation; article from Chronicle-Herald
6. Relevant United States criminal laws plus comment from "sharkpuppet"
7. Who is Handshoe and the extent & distribution of Slabbed
8. Slabbed Internet prominence, use of tags, manipulation of key words
9. Slabbed.org: false misrepresentation of "organization" status and solicitation of donations
10. Tagged posts on slabbed: Charles Leary, Vaughn Perret, etc.
11. Representative examples of the Defendant's activities/publications since being served with Notice on January 13, 2012
12. Images & visual depictions
13. Harassing/defamatory emails to Charles Leary and journalists
14. Specific threats & intimidation, and examples of lies—comportment of defendant
15. Publications across the Internet
16. U.S. Legal proceeding documents-- **U.S.A. v. Karen Parker** and **Louisiana (Ethics Board) v. Broussard**—as well as May, 2010 letter of Roy d'Aquila
17. List of allegations published on Slabbed of criminal offences, moral laxities, and ethical lapses
18. Documents related to copyright